```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   No. CR. S-06-0051 LKK
12              Plaintiff,       )
                                 )   ORDER
13         v.                    )
                                 )
14  RUSSELL SETH CARTER,         )
                                 )
15              Defendant.       )
    _____)
16
```

17   This matter came before the Court for a status conference on
18 February 28, 2006. The United States was represented by Assistant
19 U.S. Attorney Philip A. Ferrari; the defendant was represented by
20 Michael Bigelow, Esq., standing in for Dina Santos, Esq.
21   The parties indicated that they were negotiating a disposition
22 and that additional time was required for negotiations and for
23 defense preparation. The parties asked that the matter be continued
24 to March 21, 2006, for a further status conference and that the time
25 from today's date through March 21, 2006, be excluded under the
26 Speedy Trial Act.
27 / / /
28 / / /

1

1     Based upon the representations by counsel and the stipulation of the parties, the Court set a further status conference for March 21, 2006, at 9:30 A.M. and excluded time under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The Court directed government counsel to prepare a formal order.

    Therefore, **IT IS HEREBY ORDERED** that:

    1.   A further status conference is set for March 21, 2006, at 9:30 A.M.

    2.   Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through March 21, 2006.

    IT IS SO ORDERED.

Date: March 3, 2006

                            /s/ Lawrence K. Karlton
                            HONORABLE LAWRENCE K. KARLTON
                            SENIOR DISTRICT COURT JUDGE