DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
RUSSELL CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-0051 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| RUSSELL CARTER, | |
| Defendant. | Date: APRIL 11, 2006 |
| | Time: 9:30 a.m. |
| | Judge: LAWRENCE K. KARLTON |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RUSSELL CARTER, that the status conference scheduled for March 21, 2006, be vacated and the matter be continued to this Court's criminal calendar on April 11, 2006, at 9:30 a.m, for a possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement, research into the client's prior state convictions and further negotiations with the prosecution regarding finalization of the

1 | plea agreement.

3 | **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 11, 2006 date, and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: March 17, 2006          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               RUSSEL CARTER

Dated: March 17, 2006          /S/ Philip Ferrari
                               Philip Ferrari
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 17, 2006           /s/ Lawrence K. Karlton
                                Hon. Lawrence K. Karlton
                                United States District Judge

Stipulation and Order                  2