```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )   No. CR. S-06-0051 LKK
12              Plaintiff,        )
                                  )   ORDER
13        v.                      )
                                  )
14  RUSSELL SETH CARTER,          )
                                  )
15              Defendant.        )
    _____)
16
```

17      This matter came before the Court for a status conference on
18 April 11, 2006.  The United States was represented by Assistant U.S.
19 Attorney Philip A. Ferrari; the defendant was represented by Dina
20 Santos, Esq.
21      Counsel for the defendant indicated that she had received
22 additional discovery and that additional time was required to review
23 that discovery with the defendant.  The parties asked that the
24 matter be continued to May 16, 2006, for a further status conference
25 and that the time from April 11, 2006, through May 16, 2006, be
26 excluded under the Speedy Trial Act.
27 / / /
28 / / /

1    Based upon the representations by counsel and the stipulation of the parties, the Court set a further status conference for May 16, 2006, at 9:30 A.M. and excluded time under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The Court directed government counsel to prepare a formal order.

   Therefore, **IT IS HEREBY ORDERED** that:

   1.   A further status conference is set for May 16, 2006, at 9:30 A.M.

   2.   Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from April 11, 2006, through May 16, 2006.

   IT IS SO ORDERED.

Date: April 13, 2006

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR DISTRICT COURT JUDGE