DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RUSSELL CARTER


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )   No. 06-0051 LKK
                                   )
                 Plaintiff,        )
                                   )   STIPULATION AND ORDER VACATING
      v.                           )   DATE, CONTINUING CASE, AND
                                   )   EXCLUDING TIME
RUSSELL CARTER                     )
                 Defendant.        )
                                   )   Date:    JUNE 6, 2006
_____  )   Time:    9:30 a.m.
                                   )   Judge:   Hon. KARLTON


     **IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Phillip Ferrari, Counsel for Plaintiff, and Attorney Dina L.

Santos, Counsel for Defendant RUSSELL CARTER, that the status

conference scheduled for May 16, 2006, be vacated and the matter be

continued to this Court's criminal calendar on June 6, 2006, at 9:30

a.m, for status and possible change of plea.

     This continuance is requested by the defense in order to permit

further client consultation concerning finalization of the plea

agreement and further negotiations with the prosecution regarding

finalization of the plea agreement.

1

2       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

3   Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

4   3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

5   ends of justice served in granting the continuance and allowing the

6   defendant further time to prepare outweigh the best interests of the

7   public and the defendant in a speedy trial.

8       The Court is advised that all counsel have conferred about this

9   request, that they have agreed to the June 6, 2006 date, and that Mr.

10  Ferrari has authorized Ms. Santos to sign this stipulation on his

11  behalf.

12      **IT IS SO STIPULATED.**

13

14  Dated: May 12, 2006          /S/ Dina L. Santos
                                    DINA L. SANTOS
15                                  Attorney for Defendant
                                    Russel Carter
16

17  Dated: May 12, 2006          /S/ Phillip Ferrari
                                    Phillip Ferrari
18                                  Assistant United States Attorney
                                    Attorney for Plaintiff
19

20                          **O R D E R**

21      **IT IS SO ORDERED.**

22              By the Court,

23

24  Dated: May 12, 2006          /s/ Lawrence K. Karlton
                                    Hon. Lawrence K. Karlton
25                                  United States District Judge

26

27

28

Stipulation and Order              2