DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
RUSSELL CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-0051 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| RUSSELL CARTER | |
| Defendant. | Date:  JULY 11, 2006 |
| | Time:  9:30 a.m. |
| | Judge: Hon. KARLTON |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip Ferrari, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RUSSELL CARTER, that the status conference scheduled for June 6, 2006, be vacated and the matter be continued to this Court's criminal calendar on July 11, 2006, at 9:30 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning review of video tapes, discovery, finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 11, 2006 date, and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 2, 2006         /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            Russel Carter

Dated: June 2, 2006         /S/ Phillip Ferrari
                            Phillip Ferrari
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: June 5, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                    2