1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2744

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )     No. CR. S-06-0051 LKK
12              Plaintiff,          )
                                    )     ORDER
13         v.                       )
                                    )
14 RUSSELL SETH CARTER,             )
                                    )
15              Defendant.          )
   _____ )

16

17      This matter came before the Court for a status conference on

18 July 18, 2006.  The United States was represented by Assistant U.S.

19 Attorney Philip A. Ferrari; the defendant was represented by Dina

20 Santos, Esq.

21      Counsel for the defendant indicated that additional time was

22 required to complete plea negotiations with the government.  The

23 parties asked that the matter be continued to August 1, 2006, for a

24 possible change of plea hearing and that the time from July 18,

25 2006, through August 1, 2006, be excluded under the Speedy Trial

26 Act.

27 / / /

28 / / /

1

1    Based upon the representations by counsel and the stipulation

2 of the parties, the Court set a hearing for a possible change of

3 plea on August 1, 2006, at 9:30 A.M. and excluded time under those

4 provisions of the Speedy Trial Act relating to reasonable time to

5 prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The Court

6 directed government counsel to prepare a formal order.

7    Therefore, **IT IS HEREBY ORDERED** that:

8    1.   A further hearing for a possible change of plea is set for

9 August 1, 2006, at 9:30 A.M.

10    2.   Based upon the above representations and stipulation of

11 the parties, the Court finds that the ends of justice outweigh the

12 best interest of the public and the defendant in a speedy trial.

13 Accordingly, time under the Speedy Trial Act shall be excluded from

14 July 18, 2006, through August 1, 2006.

15

16    IT IS SO ORDERED.

17 Date: July 28, 2006

18                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
19                                 UNITED STATES DISTRICT COURT

20
21
22
23
24
25
26
27
28