DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Russell Carter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>Russell Carter<br>        Defendant.<br>_____ | ) No. CRS 06-0051 LKK<br>)<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME<br>)<br>)<br>) Date:  AUGUST 8, 2006<br>) Time:  9:30 a.m.<br>) Judge: Hon. Judge Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip Ferrari, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Russell Carter, that the status conference scheduled for August 1, 2006, be vacated and the matter be continued to this Court's criminal calendar on August 8, 2006, at 9:30 a.m.

    This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and finalization of plea agreements.

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2   Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3   3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4   ends of justice served in granting the continuance and allowing the
5   defendant further time to prepare outweigh the best interests of the
6   public and the defendant in a speedy trial.
7       The Court is advised that all counsel have conferred about this
8   request, that they have agreed to the August 8, 2006 date, and that Mr.
9   Ferrari has authorized Ms. Santos to sign this stipulation on his
10  behalf.
11      **IT IS SO STIPULATED.**

13  Dated: July 28, 2006          /S/ Dina L. Santos
                                  DINA L. SANTOS
14                                Attorney for
                                  Russell Carter

16  Dated: July 28, 2006          /S/ Phillip Ferrari
                                  Phillip Ferrari
17                                Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

    **IT IS SO ORDERED.**
            By the Court,

Dated: July 31, 2006          _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Stipulation and Order                 2