DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
RUSSELL SETH CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>RUSSELL SETH CARTER,          )<br>                              )<br>          Defendant.          )<br>_____) | No. Cr. S 06-51 LKK<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  March 25, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. LAWRENCE K. KARLTON |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, RUSSELL SETH CARTER, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed February 28, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Carter has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Carter's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Carter requests the Court issue the order lodged herewith.

Dated:  February 28, 2008

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /s/ *David M. Porter*
                        DAVID M. PORTER
                        Assistant Federal Defender

                        Seeking Appointment as Attorney for Movant
                        RUSSELL SETH CARTER

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:  March 3, 2008

                        */s/ Lawrence K. Karlton*
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

ORDER APPOINTING COUNSEL