DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUSSELL SETH CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUSSELL SETH CARTER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr. S 06-51 LKK <br><br> [lodged] ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) <br><br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** <br> Date:  March 25, 2008 <br> Time:  9:30 a.m. <br> Judge: Hon. LAWRENCE K. KARLTON |

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 28, 2008.  The motion was set for hearing on March 25, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    The parties agree, and the Court finds, that Mr. Carter is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 29.

    IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 63 months;

    IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

original judgment remain in effect.

Unless otherwise ordered, Mr. Carter shall report to the United States Probation office closest to the release destination within seventy-two hours.

Dated: March 7, 2008

HONORABLE LAWRENCE K. KARLTON
Chief District Judge Emeritus

ORDER REDUCING SENTENCE

-2-