# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **RUSSELL SETH CARTER** ) | Case No: 2:06CR00051-01 |
| ) | USM No: 16244-097 |
| Date of Previous Judgment: October 24, 2006 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✔ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __79__ months **is reduced to** __63 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❏ The reduced sentence is within the amended guideline range.
✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/30/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 12, 2008

_/s/ Lawrence K. Karlton_
Judge's signature

Effective Date: _____
(if different from order date)

Lawrence K. Karlton, United States District Judge
Printed name and title